

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-79,497-05 & 79,497-06

### EX PARTE KEITH TAYLOR, Applicant

### ON APPLICATIONS FOR WRIT OF HABEAS CORPUS
### CAUSE NOS. D-1-DC-11-300144-C & D-1-DC-12-904028-C
### IN THE 390ᵀᴴ DISTRICT COURT FROM TRAVIS COUNTY

YEARY, J., filed a concurring opinion, in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___ S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I join in the Court's disposition of these cases.

FILED: JUNE 22, 2016
DO NOT PUBLISH